THE BROOKLYN UNION ELEVATED RAILROAD COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.

*Brooklyn Union Elevated R. R. Co.* v. *City of New York,* 112 App. Div. 923, modified.

(Argued April 23, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 4, 1906, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover compensation for the use by defendant of the plaintiff's elevated railroad structure as a support for its police and fire telegraph wires.

*William B. Ellison, Corporation Counsel (James D. Bell* and *James W. Covert* of counsel), for appellant.

*George W. Wingate* for respondent.

Judgment modified by deducting from recovery the interest accruing on plaintiff's claim prior to thirty days before the commencement of the action, being $9,041.19, and as modified affirmed, without costs in this court to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.